IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ERICA D. NORWOOD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 7:17cv00222 |
| v. ) | |
| ) | |
| OAK HILL ACADEMY, ) | By: Michael F. Urbanski |
| ) | Chief United States District Judge |
| Defendant. ) | |
| ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, the court **ADOPTS** the report and recommendation (ECF No. 16) to the extent consistent with this opinion, **OVERRULES** plaintiffs' objections (ECF No. 17), **GRANTS** defendant's motion to dismiss (ECF No. 3), and **DENIES** defendant's motion for summary judgment (ECF No. 12). The court **DISMISSES** Count I **with prejudice**, and **DISMISSES** Counts II and III **without prejudice**. This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

The Clerk is directed to send a certified copy of this Order and the Memorandum Opinion to the pro se plaintiffs and to counsel of record.

Entered: 03-23-2018

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge